[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



No. 97-1754

UNITED STATES,

Appellee,

v.

REXHEP GASHI,

Defendant, Appellant.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. William G. Young, U.S. District Judge]



Before

Torruella, Chief Judge,
Stahl and Lynch, Circuit Judges.



James  L.  Sultan,  Ch arles W. Rankin and Rankin & Sultan on brief for
appellant.
Donald  K. Stern, United States Attorney, and Theodore B. Heinrich,
Assistant U.S. Attorney, on brief for appellee.



November 18, 1997


Per  Curiam.   Upon  careful review of the briefs and record,

we  find  no  merit in defendant's contentions. To the contrary,

as we read the sentencing transcript, the district court

departed by two criminal history categories under U.S.S.G. S

4A1.3 and amply explained such departure by reference to the

seriousness of defendant's conduct, his vacated Florida

conviction, and his high risk of recidivism. We cannot say

that the departure was unreasonable, and we perceive no abuse

of discretion here.

Affirmed. See 1st Cir. Loc. R. 27.1. 

-2-